MARY H. COLLINS, by JAMES F. COLLINS, Her Guardian ad Litem, Respondent, v. THE STEEPLE CHASE AMUSEMENT COMPANY, Appellant.— Order unanimously

* Affd., 250 N. Y. 602.          † Appeal dismissed, 250 N. Y. 560.

affirmed, with ten dollars costs and disbursements. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.